UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CR 14-338-DMG**<br>**CV 19-7061-DMG** | Date | December 30, 2020 |
|---|---|---|---|
| Title | *United States of America v. Tracy Harris*<br>*Tracy Harris v. United States of America* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE TRACY HARRIS'S MOTION FOR LEAVE TO AMEND PENDING SECTION 2255 MOTION [4166; 26]**

On November 20, 2020, the Court issued an order, *inter alia*, extending the deadline for Tracy Harris, who is incarcerated and is proceeding *pro se*, to file a reply in support of his pending section 2255 and discovery motions, by January 20, 2021. [CR 14-338 Doc. # 4164; CV 19-7061 Doc. # 25.]

Rather than filing a reply, on December 14, 2020, Harris filed a motion for leave to amend his section 2255 motion on the grounds that he is actually innocent of at least some of the underlying charges and that additional facts supporting his amended claims were not readily knowable to him without the assistance of family and friends and could not have been discovered earlier notwithstanding his diligence. [CR 14-338 Doc. # 4166; CV 19-7061 Doc. # 26.] To date, the Government has not filed a response to Harris's motion for leave to amend, although it did file responses to Harris's original motions. [*See* CR 14-338 Doc. # 4146; CV 19-7061 Doc. # 22.]

The Government is **ORDERED TO SHOW CAUSE** by no later than **January 15, 2021** why Harris's motion for leave to amend should not be granted in light of the Government's lack of opposition. In its response, the Government shall also address whether Harris's proposed motion to amend his section 2255 motion, if granted, would require the Government to amend its opposition to Harris's original section 2255 motion.

**IT IS SO ORDERED.**